UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE E. SCHWANKE,

    Plaintiff,

v.                                                                                          Case No: 8:17-cv-2694-T-30TGW

WELLNESS INTERNATIONAL
NETWORK, LTD,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal (Dkt. 12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of February, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record